UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-3768

UNITED STATES OF AMERICA,

Appellant

v.

RICHARD CARABALLO-RODRIGUEZ

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 2-08-cr-00328-002)
District Judge: Hon. Cynthia M. Rufe

Before: McKEE, *Chief Judge*, SLOVITER, SCIRICA, RENDELL,
AMBRO, FUENTES, SMITH , FISHER, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR. and VANASKIE, *Circuit Judges*.

ORDER

Pursuant to Third Circuit IOP 9.2, it is hereby ORDERED that the above-

captioned case is listed en banc for May 29, 2013.

BY THE COURT:


/s/ Theodore  A. McKee
Chief Judge

Dated: March 12, 2013
PDB/cc: All Counsel of Record

1